IN THE COURT OF APPEALS FOR THE FIRST CIRCUIT DISTRICT OF
TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
SEP 25 2015
CHRISTOPHER A. PRINE
CLERK

NO. 01-15-00208-CV

Joe Payton Lee & etal.

VS.

Rita Lemons, individually, & RITA LEMONS doing business as DENTAL

ASSISTANCE BY THE, DENTAL ASSISTNCE BY THE PHONE

DEFENDANTS - APPELLEES

## MOTION FOR SUMMARY Judgment

On Appeal from the United States District 151st Court, Southern

District of Texas, Houston Division, Honorable MIKE ENGELHART,

Presiding

BRIEF OF APPELLEE RL

By: RITA LEMONS

16215 Diamond Ridge

Houston, Texas 77053

(832) 705 - 6898

Jireh_consult@yahoo.com

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel for Appellees, Rita Lemons and Dental

Assistance By the Phone certifies that the following list of parties have an interest in the outcome of this case. These representations are made in order that Judges of this Court may evaluate possible disqualification or recusal.

Party/Appellant:  Joe Payton Lee
3633 Dubois St.
Houston, Texas 77051

Party/Appellant:  Ruthie Richardson Lee
3633 Dubois St.
Houston, Texas 77051

Party/Appellant:  Joyce Hickman Lee
Joyce Hickman Lee at FMC Cardwell Federal Medical Center Building register 88369 - 079 P. O. Box 27137 Forth Worth, Texas 76127, telephone (817) 742 4000 fax:
(817) 782-4875

Party/Appellant: Joyce Hickman Lee alias Joe V. Curtis FMC Cardwell Federal Medical Center Building register 88369-079 P. O. Box 27137 Forth Worth, Texas 76127,
telephone (817) 742 4000 fax: (817) 782-4875

Party/Appellant:     Joyce Hickman Lee alias-

Howard J. Curtis FMC Cardwell Federal

Medical Center Building register 88369-079

P. O. Box 27137 Forth Worth, Texas 76127,

telephone (817) 742 4000 fax: (817) 782-4875


Party/Appellant:     Precinct 7

5290 Griggs Rd.

Houston, Texas 77021

Party/Appellant:     Brian Quinterro

1119 Congress St.

Houston, Texas 77002

Party/Appellant:     Andrew Payne

7100 Regency Square Ste. 250

Houston, Texas 77036

Party/Appellant:     Classic Medical and Dental Clinic Inc.

4606 San Jacinto St.

Houston, Texas

## MOTION FOR SUMMARY JUDGMJENT

On Appeal NO. 01-15-00208-CV which is a decision appealed from hearing and Order signed on June 29, 2015 Counter claim Bill of Review, and Summary Judgment hearing and Order signed on April 20, 2015.

Appellant has been deprived of Procedural Due Process under the Fourteenth Amendment Title 42 USC Code 1983 and have witnessed multiple Judges abuse their Judicial authority and have made rulings based on their personal discretion showing Appellant is the LIE and any and all opposing criminal parties are the TRUTH, oppose to issuing Orders as prescribed by the laws in

consideration of the Res Esquire evidence exhibits submitted to support the Pleading alleged in the Petitions are factual, tort and criminal acts performed by the accused party and presented to the courts for the fact finder to issue Orders in consideration to the Review and Consideration of the FACT.

Appellant objected to the illegal stopping of an Auction sale on January 03, 2012 and requested sanctions and Contempt findings of the court on Due Noticed Defendant from February 10, 2012 to May 23, 2013 for various civil violations, torts and criminal acts performed by the Defendants and parties who acted in concert to injure the Appellant and her interest.

Appellant has witnessed these conspirators perform these acts that the Officials acting under the color of the state have performed comfortably and recklessly knowingly and willingly with the intent to irreparably injure unaware and unsuspecting Appellant and her interest of the conspiracy to demise and the multiple executed malicious schemes against the Appellant and her interest to deprive Appellant's civil rights and deny her the legal judgment the Defendants, Joyce Hickman and Joe Payton Lee and his wife owe to the Appellants since December 11, 2001.

## ARGIUMENT

The events performed by or initiated by the Defendants in civil number 2000 34109 and the Plaintiff of civil number 2013 55684 is how Appellant discovered the fact she is a victim of criminal conspiracy and the various executed performed by the conspirators and endorsement of the proven malicious acts by Judge R. K. Sandhill, Judge Engelhart and Judge Hughes by the Orders each judge has issued and the Orders not issued from presentation and request submitted to the courts under the presiding Judge Sandhill who after receiving Plaintiffs proof of service for multiple scheduled hearings for but not limited to, Sanctions, Contempt of Court, Fraud, Libel/Defamation, Fraud Transfer of Real Property protected under filed and current Abstract of Judgment with the Harris County District Court and the Show cause Ordered hearing scheduled on June 23, 2013and after the Defendant and his attorney did not appear for the reset hearing that Plaintiff adamantly objected to, but Judge Sandhill over ruled. The Arrest Order for Joe Payton Lee was not enforce

Judge Sandhill recused himself and transferred case to Judge Engelhart in the 151st District court and he did not enforce the Judgment Order, the Show Cause Order and disobeying the Order issued from Judge Judith Bland of the First Court of Appeals, forcing Appellant to have to prove her 200034109 case over for the third (3rd) time and granting Plaintiff partial Summary Judgment, and granting Defendant, Joe Payton Lee a baseless Bill of Review, over ruling Plaintiff's objections and disregarding the evidence and proof of facts presented to the courts and to him via transfer of civil number 2000 34109.

Appellant filed an Indigence application and submitted the exhibit that proved Appellants income of 175.00 per month and very little income from selling scrap metal and Assistant County attorney filed a motion to deny Lemons the right to the Appeals Court in 2014.

Appellant has been forced to contend with, judges, county officials, state employees and attorneys and business(s) that are influenced by the Defendants, Joyce Hickman Lee, Joe Lee his wife and the parties who have acted in concert to injure innocent and unsuspecting Appellant.

Appellant have repeatedly made the named Fact Finders of the financial destitution, the deplorable living conditions the Appellants and her children have been forced to endure. The denial of enforcing the governing laws to each prescription by the various named judges has only caused additional emotional distress because of the fact Appellant is innocent and have plead her innocence and have been forced to defend her and her interest as if she was guilty. The burden of proof has been repeatedly placed on Appellants while the criminals have been allowed to transfer funds and property, provide for their family and live comfortably, conduct business and break laws. Appellant's witnessing these things have been CRUEL and UNUSUAL PUNISHMENT to Appellants and her children.

## CONCLUSION

Appellant civil rights have been repeatedly violated, specifically but not limited to, First Amendment, Fourth Amendment and Fourteenth Amendment under title 1983. Appellees

## PRAYER

Appellant request Summary Judgment for Twelve Million, two hundred fifty four thousand, dollars and one cent ($12,254,000.01), and Counter Claim Bill of Review requested Relief of Five hundred four Million, three hundred ten thousand, two hundred and seventy four dollars and forty cents ($504,310,274.40), on baseless and no evidence Bill of review submitted to the 151st Court in an effort to deny and the effective deterrence of delaying collection of Original Default Judgment issued on December 11, 2001, from the 127[th,] presiding Judge Sharon Lynn Woods, civil number 200034109.

Appellant request an Order issued for the release of Public and Private information submitted and request on these individuals and the business(s), Association(s) they are affiliated with or was formerly Associated with.

## CERTIFICATE OF SERVICE

Respectfully Submitted,

Rita Lemons

16215 Diamond Ridge Dr.

Houston, Texas 77053

# IN THE COURT OF APPEALS FOR THE FIRST CIRCUIT DISTRICT OF TEXAS

---

## NO. 01-15-00208-CV

Joe Payton Lee & etal.

VS.

Rita Lemons, individually, & RITA LEMONS doing business as DENTAL ASSISTANCE BY THE, DENTAL ASSISTNCE BY THE PHONE DEFENDANTS - APPELLEES

---

On Appeal from the United States District 151st Court, Southern District of Texas, Houston Division, Honorable MIKE ENGELHART, Presiding

---

## BRIEF OF APPELLEE

---

By: RITA LEMONS

16215 Diamond Ridge

Houston, Texas 77053

(832) 705 - 6898

Jireh_consult@yahoo.com

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel for Appellees, Rita Lemons and Dental

Assistance By the Phone certifies that the following list of parties have an interest in the outcome of this case. These representations are made in order that Judges of this Court may evaluate possible disqualification or recusal.

Party/Appellant:                    Joe Payton Lee

3633 Dubois St.

Houston, Texas 77051


Party/Appellant:                    Ruthie Richardson Lee

3633 Dubois St.

Houston, Texas 77051


Party/Appellant:                    Joyce Hickman Lee

Joyce Hickman Lee at FMC Cardwell

Federal Medical Center Building register

88369 - 079 P. O. Box 27137 Forth Worth,

Texas 76127, telephone (817) 742 4000 fax:

(817) 782-4875

Party/Appellant: Joyce Hickman Lee alias Joe V. Curtis FMC Cardwell Federal Medical Center Building register 88369-079 P. O. Box 27137 Forth Worth, Texas 76127,

telephone (817) 742 4000 fax: (817) 782-4875

Party/Appellant: Joyce Hickman Lee alias-

Howard J. Curtis FMC Cardwell Federal

Medical Center Building register 88369-079

P. O. Box 27137 Forth Worth, Texas 76127,

telephone (817) 742 4000 fax: (817) 782-4875


Party/Appellant: Precinct 7

5290 Griggs Rd.

Houston, Texas 77021

Party/Appellant: Brian Quinterro

1119 Congress St.

Houston, Texas 77002

Party/Appellant: Andrew Payne

7100 Regency Square Ste. 250

Houston, Texas 77036

Party/Appellant: Classic Medical and Dental Clinic Inc.

4606 San Jacinto St.

Houston, Texas

## MOTION FOR SUMMARY JUDGMJENT

On Appeal NO. 01-15-00208-CV which is a decision appealed from hearing and Order signed on June 29, 2015 Counter claim Bill of Review, and Summary Judgment hearing and Order signed on April 20, 2015.

Appellant has been deprived of Procedural Due Process under the Fourteenth Amendment Title 42 USC Code 1983 and have witnessed multiple Judges abuse their Judicial authority and have made rulings based on their personal discretion showing Appellant is the LIE and any and all opposing criminal parties are the TRUTH, oppose to issuing Orders as prescribed by the laws in

consideration of the Res Esquire evidence exhibits submitted to support the Pleading alleged in the Petitions are factual, tort and criminal acts performed by the accused party and presented to the courts for the fact finder to issue Orders in consideration to the Review and Consideration of the FACT.

Appellant objected to the illegal stopping of an Auction sale on January 03, 2012 and requested sanctions and Contempt findings of the court on Due Noticed Defendant from February 10, 2012 to May 23, 2013 for various civil violations, torts and criminal acts performed by the Defendants and parties who acted in concert to injure the Appellant and her interest.

Appellant has witnessed these conspirators perform these acts that the Officials acting under the color of the state have performed comfortably and recklessly knowingly and willingly with the intent to irreparably injure unaware and unsuspecting Appellant and her interest of the conspiracy to demise and the multiple executed malicious schemes against the Appellant and her interest to deprive Appellant's civil rights and deny her the legal judgment the Defendants, Joyce Hickman and Joe Payton Lee and his wife owe to the Appellants since December 11, 2001.

## ARGIUMENT

The events performed by or initiated by the Defendants in civil number 2000 34109 and the Plaintiff of civil number 2013 55684 is how Appellant discovered the fact she is a victim of criminal conspiracy and the various executed performed by the conspirators and endorsement of the proven malicious acts by Judge R. K. Sandhill, Judge Engelhart and Judge Hughes by the Orders each judge has issued and the Orders not issued from presentation and request submitted to the courts under the presiding Judge Sandhill who after receiving Plaintiffs proof of service for multiple scheduled hearings for but not limited to, Sanctions, Contempt of Court, Fraud, Libel/Defamation, Fraud Transfer of Real Property protected under filed and current Abstract of Judgment with the Harris County District Court and the Show cause Ordered hearing scheduled on June 23, 2013and after the Defendant and his attorney did not appear for the reset hearing that Plaintiff adamantly objected to, but Judge Sandhill over ruled. The Arrest Order for Joe Payton Lee was not enforce

Judge Sandhill recused himself and transferred case to Judge Engelhart in the 151st District court and he did not enforce the Judgment Order, the Show Cause Order and disobeying the Order issued from Judge Judith Bland of the First Court of Appeals, forcing Appellant to have to prove her 200034109 case over for the third (3rd) time and granting Plaintiff partial Summary Judgment, and granting Defendant, Joe Payton Lee a baseless Bill of Review, over ruling Plaintiff's objections and disregarding the evidence and proof of facts presented to the courts and to him via transfer of civil number 2000 34109.

Appellant filed an Indigence application and submitted the exhibit that proved Appellants income of 175.00 per month and very little income from selling scrap metal and Assistant County attorney filed a motion to deny Lemons the right to the Appeals Court in 2014.

Appellant has been forced to contend with, judges, county officials, state employees and attorneys and business(s) that are influenced by the Defendants, Joyce Hickman Lee, Joe Lee his wife and the parties who have acted in concert to injure innocent and unsuspecting Appellant.

Appellant have repeatedly made the named Fact Finders of the financial destitution, the deplorable living conditions the Appellants and her children have been forced to endure. The denial of enforcing the governing laws to each prescription by the various named judges has only caused additional emotional distress because of the fact Appellant is innocent and have plead her innocence and have been forced to defend her and her interest as if she was guilty. The burden of proof has been repeatedly placed on Appellants while the criminals have been allowed to transfer funds and property, provide for their family and live comfortably, conduct business and break laws. Appellant's witnessing these things have been CRUEL and UNUSUAL PUNISHMENT to Appellants and her children.

## CONCLUSION

Appellant civil rights have been repeatedly violated, specifically but not limited to, First Amendment, Fourth Amendment and Fourteenth Amendment under title 1983. Appellees

## PRAYER

Appellant request Summary Judgment for Twelve Million, two hundred fifty four thousand, dollars and one cent ($12,254,000.01), and Counter Claim Bill of Review requested Relief of Five hundred four Million, three hundred ten thousand, two hundred and seventy four dollars and forty cents ($504,310,274.40), on baseless and no evidence Bill of review submitted to the 151st Court in an effort to deny and the effective deterrence of delaying collection of Original Default Judgment issued on December 11, 2001, from the 127th, presiding Judge Sharon Lynn Woods, civil number 200034109.

Appellant request an Order issued for the release of Public and Private information submitted and request on these individuals and the business(s), Association(s) they are affiliated with or was formerly Associated with.

## CERTIFICATE OF SERVICE

Respectfully Submitted,

Rita Lemons

16215 Diamond Ridge Dr.

Houston, Texas 77053

# IN THE COURT OF APPEALS FOR THE FIRST CIRCUIT DISTRICT OF TEXAS

---

## NO. 01-15-00208-CV

Joe Payton Lee & etal.

VS.

Rita Lemons, individually, & RITA LEMONS doing business as DENTAL ASSISTANCE BY THE, DENTAL ASSISTNCE BY THE PHONE DEFENDANTS - APPELLEES

---

On Appeal from the United States District 151st Court, Southern District of Texas, Houston Division, Honorable MIKE ENGELHART, Presiding

---

## BRIEF OF APPELLEE

---

By: RITA LEMONS

16215 Diamond Ridge

Houston, Texas 77053

(832) 705 - 6898

Jireh_consult@yahoo.com

## ORDER

1

Came on _____/_____/_____, to be reviewed and Considered Appellees Motion for Summary Judgment It is this courts determination that the following is granted:

Summary Judgment for Twelve Million, two hundred fifty four thousand, dollars and one cent ($12,254,000.01),

Counter Claim Bill of Review Relief of Five hundred four Million, three hundred ten thousand, two hundred and seventy four dollars and forty cents ($504,310,274.40),

Original Default Judgment issued on December 11, 2001, from the 127th presiding Judge Sharon Lynn Woods, civil number 200034109 to be strictly enforced.

An Order issued for the release of Public and Private information submitted and request on these individuals and the business(s), Association(s) they are affiliated with or was formerly Associated with.

Date: ____/____/_____          Sign: